IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JOY HOLT | § |
| | § |
| VS. | §  CIVIL ACTION NO. 3:14-cv-00106 |
| | §  JURY DEMAND |
| | § |
| STATE FARM MUTUAL | § |
| AUTOMOBILE INSURANCE | § |
| COMPANY | § |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE U.S. DISTRICT JUDGE:

COME NOW, **JOY HOLT**, Plaintiff, and **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, Defendant, and file this Stipulation of Dismissal with Prejudice, stating that Plaintiff and Defendant have entered into a settlement and Plaintiff no longer wishes to pursue said action. All parties are in agreement with this stipulation which is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and dismissal is binding upon filing with all costs to be taxed against the party incurring the same.

Agreed and Respectfully Submitted,

**SAMMONS & BERRY, P.C.**

4606 Cypress Creek Pwky., Suite 600
Houston, TX 77069 (713) 425-7200 -
Telephone (713) 425-7210-Facsimile

By:  /s/ *J. Kirkland Sammons*
 **J. Kirkland Sammons**
 Texas Bar No.: 50511552
 ksammons@sammons-berry.com

**Attorney for Plaintiff, Joy Holt**

GERMER PLLC

Three Allen Center 333 Clay
Street, Suite 4950
Houston, Texas 77002
(713) 650-1313-Telephone
(713) 739-7420-Facsimile

By: */s/ Barbara L. Hachenburz*
    **Barbara L. Hachenburg**
    Federal Bar No. 20036 Texas
    State Bar No. 08667070
    bhachenburg@,germer.com

**Attorney-in-charge for Defendant,
State Farm Mutual Automobile Insurance
Company**

Of Counsel:

**Daniel J. Baldwin**
Texas Bar No. 24078184 Federal
I.D. No. 1902695 Germer
PLLC Three Allen Center 333
Clay Street Houston, Texas
77002 (713) 650-1313-
Telephone (713) 739-7420-
Facsimile

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing instrument was served by certified mail, return receipt requested and properly addressed on all counsel of record on this the 20th day of August, 2014.

                                           */s/ Barbara L. Hachenburz*
                                           **Barbara L. Hachenburg**